**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PRYSM GROUP, LLC,**<br>    *Plaintiff,*<br><br>        v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA et al,**<br>    *Defendants.* | **Civil No. 23-995** |

## ORDER

   **AND NOW**, this 20th day of February, 2025, it is hereby **ORDERED** that counsel for the

parties shall submit a joint status report to the Court on or before March 6, 2025.

                    **BY THE COURT:**

                    _____
                    MARY KAY COSTELLO
                    United States District Judge