IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRYSM GROUP, LLC,**<br>    *Plaintiff,*<br><br>    v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA et al,**<br>    *Defendants.* | Civil No. 23-995 |

## ORDER

AND NOW, this 7th day of March 2025, it is **ORDERED** that counsel for the Parties are to appear for a Conference pursuant to Fed. R. Civ. P. 16(a) on March 13, 2025, at 10 a.m. in Chambers Room 3042 at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.  Among other things, the Parties should be prepared to discuss scheduling.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge