IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRYSM GROUP, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; and ARESTY INSTITUTE OF EXECUTIVE EDUCATION AT THE WHARTON SCHOOL,** <br><br> Defendants. | No.: 2-23-cv-00995 |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendants Trustees of the University of Pennsylvania, and Aresty Institute of Executive Education at the Wharton School's Motion to Compel Disclosure and Production of Documents Considered and Relied Upon by Plaintiff's Expert Witness, it is hereby **ORDERED** that the Motion is **GRANTED**.

Within three days of the date of this Order, Plaintiff Prysm Group, LLC shall produce to Defendants the following documents relied upon in the expert witness report of James O'Brien:

- Prysm Group 2021 financial statements.pdf;
- Prysm Group 2022 financial statements.pdf;
- Prysm Group 2018 P&L and BS from tax return.pdf;
- Prysm Group 2019 P&L and BS from tax return.pdf;
- Prysm Group 2020 P&L and BS from tax return.pdf;
- Prysm Group 2021 P&L and BS from tax return.pdf;
- Prysm Group 2022 P&L and BS from tax return.pdf; and
- Any and all notes or summaries of conversations prepared by James T. O'Brien reflecting his conversation(s) with John Reed Cataldo and Guido Molinari of Prysm Group, LLC considered or relied upon in preparation of his expert report.

**IT IS FURTHER ORDERED** that, should plaintiff fail to comply with this Order, James T. O'Brien shall be **EXCLUDED** from providing any expert testimony at trial.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge